IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 5:15-cv-00040-BO

| | |
|---|---|
| SPURTREE TECHNOLOGIES PRVT., LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) NOTICE OF SETTLEMENT |
| iCOOL TECHNOLOGIES, INC.; and JAY PRAKASH MADAN, | ) ) ) |
| Defendants. | ) ) ) |

The Defendants hereby give notice to the Court, as a courtesy given that there are pending motions on the docket, that the parties have reached an agreement in principal to fully settle and resolve the case. The parties are in the process of reducing their settlement agreement to writing and expect to finalize the necessary paperwork in the very near term, which, once executed, will result in the dismissal of the pending action.

This the 17th day of July, 2015

/s/ Joshua M. Hiller
Joshua M. Hiller
NC Bar # 39010
Hiller Law, PLLC
1000 CentreGreen Way, Suite 200
Cary, North Carolina 27513
T: 919.607.2205
josh@hiller-law.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification to the counsel of record indicated on the case docket.

                                                /s/ Joshua M. Hiller
                                                Joshua M. Hiller