UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 1:15-CV-00040-BO

| | |
|---|---|
| SPURTREE TECHNOLOGIES PRVT., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>iCOOL TECHNOLOGIES, INC. and JAY PRAKASH MADAN,<br><br>    Defendants. | **STIPULATION OF DISMISSAL**<br>(Rule 41(a)(1), Fed. R. Civ. P.) |

WHEREAS the parties entered into a settlement agreement that included Defendants' confessions of judgment that are currently being pursued in state court;

IT IS HEREBY STIPULATED by the parties that all claims are voluntarily dismissed without prejudice, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P.

Respectfully submitted this 15th day of September, 2015.

| | |
|---|---|
| /s/ John A. Zaloom | /s/ Joshua M. Hiller |
| John A. Zaloom | Joshua M. Hiller |
| N.C. Bar No. 30557 | NC Bar # 39010 |
| Moore & Van Allen, PLLC | Hiller Law, PLLC |
| P.O. Box 13706 | 1000 CentreGreen Way, Suite 200 |
| Research Triangle Park, NC 27709 | Cary, North Carolina 27513 |
| Telephone: (919) 286-8182 | T: 919.607.2205 |
| Fax: (919) 416-8380 | josh@hiller-law.com |
| johnzaloom@mvalaw.com | Counsel for Defendants |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **Stipulation of Dismissal** with the Clerk of Court using the CM/ECF system, which will deliver notice of such filing to all counsel of record.

Dated: September, 2015

                            By:    /s/ John A. Zaloom
                                       John A. Zaloom
                                        N.C. Bar No. 30557
                                       Moore & Van Allen, PLLC
                                       P.O. Box 13706
                                       Research Triangle Park, NC 27709
                                       Telephone:   (919) 286-8182
                                       Fax:          (919) 416-8380
                                       johnzaloom@mvalaw.com
                                       Attorneys for Plaintiff